**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 90 EAL 2023

       Respondent                :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

           v.                        :

                                        :

LEKIRR BROWN,                    :

                                        :

           Petitioner               :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 3rd day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.